IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-437-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| MARSHA ANN KENNON, ) | |
| ) | |
| Defendant. ) | |

On motion of the United States, and for good cause shown, it is hereby ORDERED that DE-54 and its attachments be sealed until further notice by this Court.

IT IS SO ORDERED.

This 27 day of April, 2021.

_____
JAMES C. DEVER III
United States District Judge